

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| IN RE  MICHAEL GEOFFREY PETERS, | § | No. 08-15-00203-CR |
|  | § | ORIGINAL PROCEEDING |
| RELATOR. | § | ON WRIT OF HABEAS CORPUS |
|  | § |  |

## J U D G M E N T

The Court has considered this cause on the Relator's petition for writ of habeas corpus and concludes Relator's petition for writ of habeas corpus should be dismissed for want of jurisdiction, in accordance with the opinion of this Court. We therefore dismiss the petition for writ of habeas corpus. We further order that this decision be certified below for observance.

IT IS SO ORDERED THIS 15TH DAY OF JULY, 2015.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.